IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) ) Plaintiff, ) ) v. ) ) VALLEY OFFICE MACHINES & ) EQUIPMENT, INC. ) Defendant. ) ) | CIVIL ACTION NO. 3:06CV00051 COMPLAINT JURY TRIAL DEMAND |

### NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964, as amended, and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of pregnancy, and to provide appropriate relief to Amanda Gallihugh who was adversely affected by such practices. The Commission alleges that Defendant, Valley Office Machines & Equipment, Inc. discriminated against Ms. Gallihugh by terminating her because of her pregnancy, as alleged with greater particularity herein.

### JURISDICTION AND VENUE

1.   Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-5(f)(1) and (3)("Title VII") and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Western District of Virginia, Charlottesville Division.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3).

4. At all relevant times, Defendant, Valley Office Machines & Equipment, Inc., ("Defendant"), has been a Virginia corporation, continuously been doing business in the State of Virginia, and the City of Charlottesville, and has continuously had at least 15 employees.

5. At all relevant times, Defendant has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g) and (h).

## STATEMENT OF CLAIMS

6. More than thirty days prior to the institution of this lawsuit, Amanda Gallihugh filed a charge with the Commission alleging violations of Title VII by Defendant. All conditions precedent to the institution of this lawsuit have been fulfilled.

7. On or about May 26, 2005, Defendant engaged in unlawful employment practices in violation of Section 703(a) of Title VII, 42 U.S.C. §2000e-2(a). Specifically, Defendant discharged Amanda Gallihugh because of her sex, female (pregnancy). Ms. Gallihugh worked at Defendant's Charlottesville facility as a Dispatcher Assistant at the time of her discharge. She

informed Defendant of her pregnancy, and was terminated within a few days thereafter. At the time of her termination, Ms. Gallihugh was fully qualified and able to perform the duties of the Dispatcher Assistant position and was adequately performing her job duties.

8.   The effect of the practices complained of in paragraph 7 above has been to deprive Ms. Gallihugh of equal employment opportunities and otherwise adversely affect her status as an employee, because of her pregnancy.

9.   The unlawful employment practices complained of in paragraph 7 above were intentional.

10.  The unlawful employment practices complained of in paragraph 7 above were done with malice or with reckless indifference to the federally protected rights of Amanda Gallihugh.

PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A.   Grant a permanent injunction enjoining Defendant, its officers, successors, assigns, and all persons in active concert or participation with it, from engaging in discrimination on the basis of pregnancy and any other employment practice which discriminates on the basis of pregnancy.

B.   Order Defendant to institute and carry out policies, practices, and programs which provide equal employment opportunities for pregnant women, and which eradicate the effects of its past and present unlawful employment practices.

C.   Order Defendant to make whole Amanda Gallihugh, by providing appropriate back pay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices, including but not limited to front pay and reinstatement.

D.  Order Defendant to make whole Amanda Gallihugh, by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraph 7 above, including medical expenses, in amounts to be determined at trial.

E.  Order Defendant to make whole Amanda Gallihugh by providing compensation for past and future non-pecuniary losses resulting from the unlawful practices complained of in paragraph 7 above, including emotional distress, inconvenience, loss of enjoyment of life, loss of self-esteem, humiliation and loss of civil rights, in amounts to be determined at trial.

F.  Order Defendant to pay punitive damages for its malicious and reckless conduct described in paragraph 7 above, in amounts to be determined at trial.

G.  Grant such further relief as the Court deems necessary and proper in the public interest.

H.  Award the Commission its costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

Respectfully submitted,

RONALD S. COOPER
General Counsel

JAMES L. LEE
Deputy General Counsel

GWENDOLYN YOUNG REAMS
Associate General Counsel
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
1801 L Street, N.W.
Washington, D.C. 20507

LYNETTE A. BARNES
Regional Attorney
N.C. Bar No. 19732
Charlotte District Office
129 W. Trade Street, Suite 400
Charlotte, N.C. 28202


TRACY HUDSON SPICER
Supervisory Trial Attorney
Washington Field Office
1801 L Street, N.W.
Washington, D.C. 20507

_____
SUZANNE LENAHAN NYFELER
Senior Trial Attorney
Virginia Bar No. 40450
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Richmond Local Office
830 East Main Street, Suite 600
Richmond, Virginia 23219
(804) 771-2215